IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:20-CR-79-1FL
No. 7:24-CV-466-FL

| | | |
|---|---|---|
| BENNIE LEE JAMES, | ) | |
| | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Before the court are Petitioner's motion to vacate pursuant to 28 U.S.C. § 2255 [DE #266], as supplemented [DE #268], and the Government's motion to dismiss [DE #277]. The motions have been referred to the undersigned for memorandum and recommendation by United States District Judge Louise W. Flanagan. Counsel are directed to confer and to submit to the court, on or before April 20, 2026, a joint notice providing at least four (4) proposed dates for an evidentiary hearing on Petitioner's ineffective assistance of counsel claims, as well as an estimate of time needed for the hearing of such claims.

This 30th day of March 2026.

KIMBERLY A. SWANK
United States Magistrate Judge